FALCONER v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. February 3, 1919.) No. 3233. In Error to the District Court of the United States for the Northern Division of the Western District of Washington. Winter S. Martin, of Seattle, Wash., for plaintiff in error. Robert C. Saunders, U. S. Atty., and Ben L. Moore, Asst. U. S. Atty., both of Seattle, Wash.

PER CURIAM. Pursuant to stipulation of counsel for the respective parties, filed February 3, 1919, writ of error ordered dismissed.

---

FUJIWARA v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. February 3, 1919.) No. 3291. In Error to the District Court of the United States for the Territory of Hawaii. S. C. Huber, U. S. Atty., of Honolulu, T. H., Annette ¹Abbott Adams, U. S. Atty., of San Francisco, Cal.

PER CURIAM. Motion to dismiss writ of error for noncompliance by plaintiff in error with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (208 Fed. ix, 124 C. C. A. ix) granted.

---

GLORIEUX v. STEELE. (Circuit Court of Appeals, Second Circuit. January 15, 1919.) No. 129. In Error to the District Court of the United States for the Southern District of New York. Action by Ray Steele against Jules Glorieux. Judgment for plaintiff, and defendant brings error. Affirmed. H. A. Talbot, of New York City (Moses Feltenstein, of New York City, of counsel), for plaintiff in error. Edward Maxson, of New York City (James G. Martin, of Norfolk, Va., of counsel), for defendant in error. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

HAYS, Collector of Internal Revenue for the District of West Virginia, v. DUNCAN. (Circuit Court of Appeals, Fourth Circuit. October 21, 1918.) No. 1507. In Error to the District Court of the United States for the Northern District of West Virginia, at Parkersburg. S. W. Walker, U. S. Atty., of Martinsburg, W. Va., for plaintiff in error. Holt, Duncan & Holt, of Huntington, W. Va., for defendant in error.

PER CURIAM. Cause dismissed per agreement of attorneys.

---

HAYS, Collector of Internal Revenue for the District of West Virginia, v. HOLT. (Circuit Court of Appeals, Fourth Circuit. October 21, 1918.) No. 1506. In Error to the District Court of the United States for the Northern District of West Virginia, at Parkersburg. S. W. Walker, U. S. Atty., of Martinsburg, W. Va., for plaintiff in error. Holt, Duncan & Holt, of Huntington, W. Va., for defendant in error.

PER CURIAM. Cause dismissed per agreement of attorneys.

---

HERMAN & HERMAN, Inc., v. CHEMICAL PRODUCTS OF CANADA, Limited. (Circuit Court of Appeals, Second Circuit. January 15, 1919.) No. 112. In Error to the District Court of the United States for the Southern District of New York. Action by the Chemical Products Company of Canada, Limited, against Herman & Herman, Incorporated. Judgment for plaintiff, and defendant brings error. Affirmed. Myers, Kutner & Schuhmann, of New York City (David C. Myers and Joseph H. Kutner, both of New York City, of counsel), for plaintiff in error. Crisp, Randall & Crisp, of New York City (W. Benton Crisp and Cyril F. dos Passos, both of New York City, of counsel), for defendant in error. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.